DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK FLOYD,**
Appellant,

v.

**BALBOA CAPITAL CORPORATION**,
Appellee.

No. 4D18-269

[August 23, 2018]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 56-2011-CA-001595.

Brad Culverhouse, Fort Pierce, for appellant.

Riley W. Cirulnick of Rice Pugatch Robinson Storfer & Cohen, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***